# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16CR88-13 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TORRIE CRUMP, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on May 3, 2018 and a superseding violation report was filed on July 20, 2018. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct the appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on September 10, 2018. The defendant admitted to the following violations:

1. Use of Illicit Substances;
2. Whereabouts Unknown;
3. Noncompliance with Substance Abuse Treatment and Testing;
4. Traveling Outside the District Without Authorization;
5. Failure to Report to the Probation Office;
6. New Law Violation.

The magistrate judge filed a report and recommendation on September 10, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her supervised release.

A final supervised release violation hearing was conducted on September 13, 2018. Defendant Torrie Crump was present and represented by Attorney Carlos Warner.

The United States was represented by Assistant United States Attorney Henry DeBaggis. United States Probation Officer Keysha Myers was also present at the hearing.

At the hearing, the defendant waived the 14-day requirement for objections to the report and recommendation. Both parties stated that there were no objections to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of Magistrate Judge Burke and finds the defendant to be in violation of her terms and conditions of her supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months, with credit for time served in federal custody since September 10, 2018.

Upon release from imprisonment, defendant shall serve a term of supervised release of one (1) year, with the same terms and conditions as previously ordered.

ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The defendant shall pay the balance of her special assessment in the amount of $25.00 (which is the balance owed on her $100.00 special assessment).

The defendant shall pay the remaining balance of her restitution in the amount of $6,852.84, as ordered in the Judgment Order dated September 13, 2016, joint and several with George Rafidi and Charles R. Thomas, to United States Department of Agriculture, Food and Nutrition Services through the Clerk of the U.S. District Court. Restitution is due and payable immediately. The defendant shall pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, payment is to

commence no later than 60 days following release from imprisonment to a term of supervised release of at least a minimum of 10% of defendant's gross monthly income during the term of supervised release and thereafter as prescribed by law. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before and after the date of this Judgment.

Defendant remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: September 13, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**